# EXHIBIT E

# Certificate of Recordation

This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

Shira Perlmutter

United States Register of Copyrights and Director

May 13, 2022

Date of Recordation

| 9984 | 723 |
|---|---|
| Volume | Doc. No. |

 # Form TCS (Notice of Termination Cover Sheet)

**For Recordation of Notices of Termination under 17 U.S.C. §§ 203 or 304(c)**

UNITED STATES COPYRIGHT OFFICE

Privacy Act Notice: Sections 203, 304(c), and 705 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information (PII) requested on this form and provided in the document submitted for recordation or other materials accompanying the submission. PII is any personal information that can be used to identify, contact, or trace an individual, such as names, addresses, and telephone numbers. By providing this information, including, but not limited to, providing it in any document or other file, you are agreeing to the routine use of it to establish and maintain a public record, which includes appearing in the Office's paper and online public records and indexes, including the Office's online catalog, and in search reports prepared for the public. If you do not provide the information requested, recordation may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**DO NOT WRITE IN THIS BOX**

*Volume* ______ *Document* ______

SR# 1-11301919651

*Date of recordation* M MAY D 13 Y 2022
(ASSIGNED BY THE COPYRIGHT OFFICE)

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778 (toll free).

**Send to:** *Copyright Office–Notices of Termination, P.O. Box 71537, Washington, DC 20024-1537*

**DO NOT WRITE ABOVE THIS LINE • SEE INSTRUCTIONS**

To the Register of Copyrights: *Please record the accompanying notice of termination.*

**1** Title (and registration number) of first work identified in notice: Hot, Cool & Vicious
SR0000094339

**2** Total number of additional works and alternate identifiers in notice: 76

**3** Amount of fee calculated: $ 605 *(Fees are to be calculated in accordance with 37 C.F.R. § 201.3(c))*

**4** Fee enclosed: ☒ Check ☐ Money Order
☐ Fee authorized to be charged to Copyright Office deposit account
Deposit account number ______
Deposit account name ______

**5** Return receipt requested: ☐ If checked, please enclose a second completed copy of this form and a self-addressed postage-paid envelope

**6** Notice of termination being filed under: ☒ §203 ☐ §304(c)

**7** Gap Grant: ☐ Check if the notice is terminating a gap grant under 37 C.F.R. § 201.10(f)(1)(ii)(C)

**8** Effective date of termination: May 15, 2024 and additional dates as listed on notice

**9** Date of service: May 13, 2022

**10** Manner of service: First-class U.S. certified mail

**11** Terminating Party

*(List all terminating parties and the nature of their termination interests.)*

Sandra Denton (author)

Cheryl James (author)

Terminating Party Email *(optional)*

*(Provide email addresses for any listed terminating parties to be copied on correspondence sent to the remitter.)*

**12** Grantee

*(List all grantees or successors-in-title, and if successors, state that they are successors.)*

Grantees: Noise in the Attic Productions, Herb Azor

Successors: Universal Music Group, London Records, MCA Records, Polygram Records, Next Plataeu Records, Next Plateau Entertainment, Idol Makers

**13** Remitter Information and Certifications

*(You, the individual actually submitting this form and the attached notice of termination to the Copyright Office, provide your contact information and make the required remitter certifications by signing your name. The Office may use this information to contact you about the submission and will send the certificate of recordation to the provided address if the notice is successfully recorded.)*

***I certify under penalty of perjury under the laws of the United States of America that I have been given appropriate authority to submit this cover sheet, accompanying notice of termination, and any other enclosed materials to the U.S. Copyright Office for recordation, and that all information I have submitted is true, accurate, and complete to the best of my knowledge, information, and belief, and is provided in good faith.***

***I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.***

Signature [signature] Date 5.13.22

Name Jacqueline C. Charlesworth

Title/Organization Principal, Charlesworth Law

Number/Street 15671 Royal Ridge Road Apt/Suite

City Sherman Oaks State CA Zip 91403

Phone number 917-432-7343 Fax number

Email jacqueline@charlesworthlaw.com

If you are not one of the terminating parties listed above, state which terminating party or parties you are a duly authorized representative of.

Sandra Denton

Cheryl James

**14** Notice Certifications

*(These certifications can be made either by the remitter identified above or another individual.)*

***I certify under penalty of perjury under the laws of the United States of America that the accompanying notice of termination is a true, correct, complete, and legible copy of the signed notice of termination as served on the grantee or successor-in-title.***

***I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.***

Signature [signature] Date 5.13.22

Certifier Information

*(This information is only required if an individual other than the remitter identified above is making the above certifications.)*

Name Jacqueline C. Charlesworth

Title/Organization Principal, Charlesworth Law

If the certifier is not one of the terminating parties listed above, state which terminating party or parties the certifier is a duly authorized representative of.

Sandra Denton

Cheryl James

**Via first-class U.S. certified mail**
**Return receipt requested**

May 13, 2022

To:

Universal Music Group
2200 Colorado Avenue
Santa Monica, CA 90404
Attn: Legal Department

London Records
Universal Music Group
2200 Colorado Avenue
Santa Monica, CA 90404
Attn: Legal Department

MCA Records
Universal Music Group
2200 Colorado Avenue
Santa Monica, CA 90404
Attn: Legal Department

Polygram Records
Universal Music Group
2200 Colorado Avenue
Santa Monica, CA 90404
Attn: Legal Department

Next Plateau Records
Universal Music Group
2200 Colorado Avenue
Santa Monica, CA 90404
Attn: Legal Department

Next Plateau Entertainment
35 Worth Street, 4th Floor
New York, NY 10013

Idol Makers
c/o Julia Kirkendall, Esq.
PO Box 6630
McLean, VA 22106

Noise In the Attic Productions
c/o Julia Kirkendall, Esq.
PO Box 6630
McLean, VA 22106

Herb ("Hurby Luv Bug") Azor
12901 SW 56th Street
Southwest Ranches, FL 33330

**Notice of Termination Under Section 203 of U.S. Copyright Act**

To Whom It May Concern:

Please take notice that pursuant to Section 203 of the U.S. Copyright Act, 17 U.S.C. § 203, and regulations promulgated thereunder by the Register of Copyrights, 37 C.F.R. § 201.10, Sandra Denton and Cheryl James, professionally known as "Salt-N-Pepa," as authors entitled to terminate the exclusive or nonexclusive grant of a transfer or license of copyright and/or right under copyright, hereby terminate any and all such grants of rights ("Grant") with respect to the sound recordings set forth in Schedule A ("Works").[1] This notice ("Notice") terminates the rights of the grantees and successors in title identified below, and is being served on such grantees and successors in title at the addresses set forth below:

---

[1] The information supplied herein is to the best of authors' knowledge, based on an investigation of available records and documentation. In serving this Notice, the authors are not waiving any position, right and/or remedy with respect to the subject matter hereof, all of which are expressly reserved.

| | |
|---|---|
| **Names and addresses of grantees and successors in title whose rights are being terminated:** | Universal Music Group<br>2200 Colorado Avenue<br>Santa Monica, CA 90404<br>Attn: Legal Department<br><br>London Records<br>Universal Music Group<br>2200 Colorado Avenue<br>Santa Monica, CA 90404<br>Attn: Legal Department<br><br>MCA Records<br>Universal Music Group<br>2200 Colorado Avenue<br>Santa Monica, CA 90404<br>Attn: Legal Department<br><br>Polygram Records<br>Universal Music Group<br>2200 Colorado Avenue<br>Santa Monica, CA 90404<br>Attn: Legal Department<br><br>Next Plateau Records<br>Universal Music Group<br>2200 Colorado Avenue<br>Santa Monica, CA 90404<br>Attn: Legal Department<br><br>Next Plateau Entertainment<br>35 Worth Street, 4th Floor<br>New York, NY 10013<br><br>Idol Makers<br>c/o Julia Kirkendall, Esq.<br>PO Box 6630<br>McLean, VA 22106<br><br>Noise In the Attic Productions<br>c/o Julia Kirkendall, Esq.<br>PO Box 6630<br>McLean, VA 22106<br><br>Herb ("Hurby Luv Bug") Azor<br>12901 SW 56th Street<br>Southwest Ranches, FL 33330 |
| **Date of execution of Grant:** | On or about May 15, 1986 |
| **Date of first publication of Work under Grant:** | On or about December 8, 1986 (see Schedule A for additional dates of publication) |

| | |
|---|---|
| **Titles of Works to which Notice applies:** | See Schedule A |
| **Authors who executed Grant:** | Sandra Denton and Cheryl James (professionally known as "Salt-N-Pepa") |
| **Original copyright registration numbers:** | See Schedule A |
| **Grant to which Notice applies:** | Any and all exclusive or nonexclusive grants, transfers and/or licenses of copyright or rights of a copyright proprietor conveyed to Herb ("Hurby Luv Bug") Azor, Noise in the Attic Productions and Next Plateau Records, including the right to reproduce, distribute, publicly perform, administer and/or otherwise exploit the subject Works. |
| **Effective date of termination:** | See Schedule A |
| **Names and addresses of authors terminating Grant:** | Sandra Denton<br>c/o Jacqueline C. Charlesworth, Esq.<br>Charlesworth Law<br>15671 Royal Ridge Road<br>Sherman Oaks, CA 91403<br><br>Cheryl James<br>c/o Jacqueline C. Charlesworth, Esq.<br>Charlesworth Law<br>15671 Royal Ridge Road<br>Sherman Oaks, CA 91403 |
| **Signatures:** | Jacqueline C. Charlesworth, Esq.<br>Charlesworth Law<br>15671 Royal Ridge Road<br>Sherman Oaks, CA 91403<br><br>As attorney for and duly authorized agent of Sandra Denton<br><br>Jacqueline C. Charlesworth, Esq.<br>Charlesworth Law<br>15671 Royal Ridge Road<br>Sherman Oaks, CA 91403<br><br>As attorney for and duly authorized agent of Cheryl James |

**Schedule A**

| Title of Work (Listed Works are individual sound recordings except for bolded titles, which are albums) | Date of publication | Effective date of termination (based on publication date) | Effective date of termination (based on grant date) | Original copyright registration no. |
|---|---|---|---|---|
| **Hot, Cool & Vicious** | 12/8/1986 | 5/15/2024 | | SR0000094339 |
| Beauty and the Beat | 12/8/1986 | 5/15/2024 | | SR0000094339 |
| Tramp | 12/8/1986 | 5/15/2024 | | SR0000094339 |
| I'll Take Your Man | 12/8/1986 | 5/15/2024 | | SR0000094339 |
| It's Alright | 12/8/1986 | 5/15/2024 | | SR0000094339 |
| Chick on the Side | 12/8/1986 | 5/15/2024 | | SR0000094339 |
| I Desire | 12/8/1986 | 5/15/2024 | | SR0000094339 |
| The Showstopper | 12/8/1986 | 5/15/2024 | | SR0000094339 |
| My Mic Sounds Nice | 12/8/1986 | 5/15/2024 | | SR0000094339 |
| Push It | 3/8/1987 | 5/15/2024 | | SR0000184447 |
| **A Salt With a Deadly Pepa** | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| Intro Jam | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| A Salt With a Deadly Pepa | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| I Like It Like That | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| Solo Power (Let's Get Paid) | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| Shake Your Thang | 8/1/1988 | 5/15/2024 | | SR0000094338 |
| I Gotcha | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| Let the Rhythm Run | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| Get Up Everybody (Get Up) | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| Spinderella's Not a Fella (But a Girl D.J.) | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| Solo Power (Syncopated Soul) | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| Twist and Shout | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| Hyped on the Mic | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| **Blacks' Magic** | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| Expression | 11/13/1989 | 11/13/2024 | | SR0000137242 |
| Doper Than Dope | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| Negro wit' an Ego | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| You Showed Me | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| Do You Want Me | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| Swift | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| I Like to Party | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| Blacks' Magic | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| Start the Party | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| Let's Talk About Sex | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| I Don't Know | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| Live and Die | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| Independent | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| **Very Necessary** | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| Groove Me | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| No One Does It Better | 10/12/1993 | | 5/15/2026 | SR0000190603 |

| Somebody's Gettin' on My Nerves | 10/12/1993 | | 5/15/2026 | SR0000190603 |
|---|---|---|---|---|
| Whatta Man | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| None of Your Business | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| Step | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| Shoop | 9/21/1993 | | 5/15/2026 | SR0000190603 |
| Heaven or Hell | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| Big Shot | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| Sexy Noises Turn Me On | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| Somma Time Man | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| Break of Dawn | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| I've Got AIDS | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| Start Me Up | 8/14/1992 | | 5/15/2026 | |
| Let's Talk About AIDS | 1/1/1994 | | 5/15/2026 | SR0000149947 |
| Emphatically No | 1/1/1994 | | 5/15/2026 | |
| **Brand New** | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| RU Ready | 8/29/1997 | | 5/15/2026 | SR0000245889 |
| Good Life | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Do Me Right | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Friends | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Say Ooh | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Imagine | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Knock Knock | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Gitty Up | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Boy Toy | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Brand New | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Silly of You | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| The Clock Is Tickin | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Hold On | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Ain't Nuthin' But a She Thing | 10/3/1995 | | 5/15/2026 | |
| Champagne | 9/3/1996 | | 5/15/2026 | |
| **A Blitz of Salt-n-Pepa Hits** | 11/20/1990 | 11/20/2025 | | |
| **The Greatest Hits** | 10/7/1991 | | 5/15/2026 | |
| **The Best of Salt-N-Pepa** | 11/15/1999 | | 5/15/2026 | |
| Push It (Again) | 2/8/1999 | | 5/15/2026 | |
| The Brick Track Versus Gitty Up | 2/8/1999 | | 5/15/2026 | |
| **20th Century Masters: The Millennium Collection** | 2/5/2008 | | 5/15/2026 | SR0000613385 |
| **Icon** | 3/1/2011 | | 5/15/2026 | SR0000672288 |

**Certificate of Service**

I hereby certify that I caused a true and correct copy of the foregoing Notice of Termination Under Section 203 of U.S. Copyright Act to be served this 13th day of May, 2022, via first-class certified mail deposited with the U.S. Postal Service, postage prepaid, addressed to each of the following parties:

Universal Music Group
2200 Colorado Avenue
Santa Monica, CA 90404
Attn: Legal Department

London Records
Universal Music Group
2200 Colorado Avenue
Santa Monica, CA 90404
Attn: Legal Department

MCA Records
Universal Music Group
2200 Colorado Avenue
Santa Monica, CA 90404
Attn: Legal Department

Polygram Records
Universal Music Group
2200 Colorado Avenue
Santa Monica, CA 90404
Attn: Legal Department

Next Plateau Records
Universal Music Group
2200 Colorado Avenue
Santa Monica, CA 90404
Attn: Legal Department

Next Plateau Entertainment
35 Worth Street, 4th Floor
New York, NY 10013

Idol Makers
c/o Julia Kirkendall, Esq.
PO Box 6630
McLean, VA 22106

Noise In the Attic Productions
c/o Julia Kirkendall, Esq.
PO Box 6630
McLean, VA 22106

Herb ("Hurby Luv Bug") Azor
12901 SW 56th Street
Southwest Ranches, FL 33330

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of May, 2022

Jacqueline C. Charlesworth

Principal, Charleswirth Law
Attn: Jacqueline C. Charlesworth
15671 Royal Ridge Rd.
Sherman Oaks, CA 91403
United States

# Certificate of Recordation

This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

Shira Perlmutter

United States Register of Copyrights and Director

March 22, 2022

Date of Recordation

| 9984 | 723 |
| --- | --- |
| Volume | Doc. No. |



# Form TCS (Notice of Termination Cover Sheet)

**For Recordation of Notices of Termination under 17 U.S.C. §§ 203 or 304(c)**

UNITED STATES COPYRIGHT OFFICE

Privacy Act Notice: Sections 203, 304(c), and 705 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information (PII) requested on this form and provided in the document submitted for recordation or other materials accompanying the submission. PII is any personal information that can be used to identify, contact, or trace an individual, such as names, addresses, and telephone numbers. By providing this information, including, but not limited to, providing it in any document or other file, you are agreeing to the routine use of it to establish and maintain a public record, which includes appearing in the Office's paper and online public records and indexes, including the Office's online catalog, and in search reports prepared for the public. If you do not provide the information requested, recordation may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

DO NOT WRITE IN THIS BOX

*Volume* 9984 *Document* 123

SR# 1-11301919651

*Date of recordation* M MAR D 22 Y 2022

(ASSIGNED BY THE COPYRIGHT OFFICE)

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778 (toll free).

**Send to:** *Copyright Office–Notices of Termination, P.O. Box 71537, Washington, DC 20024-1537*

**DO NOT WRITE ABOVE THIS LINE • SEE INSTRUCTIONS**

6p

To the Register of Copyrights: *Please record the accompanying notice of termination.*

**1** Title (and registration number) of first work identified in notice: Hot, Cool & Vicious; SR0000094339

**2** Total number of additional works and alternate identifiers in notice: 76

**3** Amount of fee calculated: $ 605 *(Fees are to be calculated in accordance with 37 C.F.R. § 201.3(c))*

**4** Fee enclosed

- ☒ Check ☐ Money Order
- ☐ Fee authorized to be charged to Copyright Office deposit account

Deposit account number ____

Deposit account name ____

**5** Return receipt requested

☐ If checked, please enclose a second completed copy of this form and a self-addressed postage-paid envelope

**6** Notice of termination being filed under

☒ §203 ☐ §304(c)

**7** Gap Grant

☐ Check if the notice is terminating a gap grant under 37 C.F.R. § 201.10(f)(1)(ii)(C)

**8** Effective date of termination: May 15, 2024 and additional dates as listed on notice

**9** Date of service: May 13, 2022

**10** Manner of service: First-class U.S. certified mail

LC COPYRIGHT
0 048 896 031 2

**11** Terminating Party

*(List all terminating parties and the nature of their termination interests.)*

Sandra Denton (author)

Cheryl James (author)

Terminating Party Email *(optional)*

*(Provide email addresses for any listed terminating parties to be copied on correspondence sent to the remitter.)*

**12** Grantee

*(List all grantees or successors-in-title, and if successors, state that they are successors.)*

Grantees: Noise in the Attic Productions, Herb Azor

Successors: Universal Music Group, London Records, MCA Records, Polygram Records,

Next Plataeu Records, Next Plateau Entertainment, Idol Makers

**13** Remitter Information and Certifications

*(You, the individual actually submitting this form and the attached notice of termination to the Copyright Office, provide your contact information and make the required remitter certifications by signing your name. The Office may use this information to contact you about the submission and will send the certificate of recordation to the provided address if the notice is successfully recorded.)*

*I certify under penalty of perjury under the laws of the United States of America that I have been given appropriate authority to submit this cover sheet, accompanying notice of termination, and any other enclosed materials to the U.S. Copyright Office for recordation, and that all information I have submitted is true, accurate, and complete to the best of my knowledge, information, and belief, and is provided in good faith.*

*I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.*

Signature [signature] Date 5.13.22

Name Jacqueline C. Charlesworth

Title/Organization Principal, Charlesworth Law

Number/Street 15671 Royal Ridge Road Apt/Suite

City Sherman Oaks State CA Zip 91403

Phone number 917-432-7343 Fax number

Email jacqueline@charlesworthlaw.com

If you are not one of the terminating parties listed above, state which terminating party or parties you are a duly authorized representative of.

Sandra Denton

Cheryl James

**14** Notice Certifications

*(These certifications can be made either by the remitter identified above or another individual.)*

*I certify under penalty of perjury under the laws of the United States of America that the accompanying notice of termination is a true, correct, complete, and legible copy of the signed notice of termination as served on the grantee or successor-in-title.*

*I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.*

Signature [signature] Date 5.13.22

Certifier Information

*(This information is only required if an individual other than the remitter identified above is making the above certifications.)*

Name Jacqueline C. Charlesworth

Title/Organization Principal, Charlesworth Law

If the certifier is not one of the terminating parties listed above, state which terminating party or parties the certifier is a duly authorized representative of.

Sandra Denton

Cheryl James

**Via first-class U.S. certified mail**
**Return receipt requested**

May 13, 2022

To:

Universal Music Group
2200 Colorado Avenue
Santa Monica, CA 90404
Attn: Legal Department

London Records
Universal Music Group
2200 Colorado Avenue
Santa Monica, CA 90404
Attn: Legal Department

MCA Records
Universal Music Group
2200 Colorado Avenue
Santa Monica, CA 90404
Attn: Legal Department

Polygram Records
Universal Music Group
2200 Colorado Avenue
Santa Monica, CA 90404
Attn: Legal Department

Next Plateau Records
Universal Music Group
2200 Colorado Avenue
Santa Monica, CA 90404
Attn: Legal Department

Next Plateau Entertainment
35 Worth Street, 4th Floor
New York, NY 10013

Idol Makers
c/o Julia Kirkendall, Esq.
PO Box 6630
McLean, VA 22106

Noise In the Attic Productions
c/o Julia Kirkendall, Esq.
PO Box 6630
McLean, VA 22106

Herb ("Hurby Luv Bug") Azor
12901 SW 56th Street
Southwest Ranches, FL 33330

**Notice of Termination Under Section 203 of U.S. Copyright Act**

To Whom It May Concern:

Please take notice that pursuant to Section 203 of the U.S. Copyright Act, 17 U.S.C. § 203, and regulations promulgated thereunder by the Register of Copyrights, 37 C.F.R. § 201.10, Sandra Denton and Cheryl James, professionally known as "Salt-N-Pepa," as authors entitled to terminate the exclusive or nonexclusive grant of a transfer or license of copyright and/or right under copyright, hereby terminate any and all such grants of rights ("Grant") with respect to the sound recordings set forth in Schedule A ("Works").[1] This notice ("Notice") terminates the rights of the grantees and successors in title identified below, and is being served on such grantees and successors in title at the addresses set forth below:

[1] The information supplied herein is to the best of authors' knowledge, based on an investigation of available records and documentation. In serving this Notice, the authors are not waiving any position, right and/or remedy with respect to the subject matter hereof, all of which are expressly reserved.

| | |
|---|---|
| **Names and addresses of grantees and successors in title whose rights are being terminated:** | Universal Music Group<br>2200 Colorado Avenue<br>Santa Monica, CA 90404<br>Attn: Legal Department |
| | London Records<br>Universal Music Group<br>2200 Colorado Avenue<br>Santa Monica, CA 90404<br>Attn: Legal Department |
| | MCA Records<br>Universal Music Group<br>2200 Colorado Avenue<br>Santa Monica, CA 90404<br>Attn: Legal Department |
| | Polygram Records<br>Universal Music Group<br>2200 Colorado Avenue<br>Santa Monica, CA 90404<br>Attn: Legal Department |
| | Next Plateau Records<br>Universal Music Group<br>2200 Colorado Avenue<br>Santa Monica, CA 90404<br>Attn: Legal Department |
| | Next Plateau Entertainment<br>35 Worth Street, 4th Floor<br>New York, NY 10013 |
| | Idol Makers<br>c/o Julia Kirkendall, Esq.<br>PO Box 6630<br>McLean, VA 22106 |
| | Noise In the Attic Productions<br>c/o Julia Kirkendall, Esq.<br>PO Box 6630<br>McLean, VA 22106 |
| | Herb ("Hurby Luv Bug") Azor<br>12901 SW 56th Street<br>Southwest Ranches, FL 33330 |
| **Date of execution of Grant:** | On or about May 15, 1986 |
| **Date of first publication of Work under Grant:** | On or about December 8, 1986 (see Schedule A for additional dates of publication) |

| | |
|---|---|
| **Titles of Works to which Notice applies:** | See Schedule A |
| **Authors who executed Grant:** | Sandra Denton and Cheryl James (professionally known as "Salt-N-Pepa") |
| **Original copyright registration numbers:** | See Schedule A |
| **Grant to which Notice applies:** | Any and all exclusive or nonexclusive grants, transfers and/or licenses of copyright or rights of a copyright proprietor conveyed to Herb ("Hurby Luv Bug") Azor, Noise in the Attic Productions and Next Plateau Records, including the right to reproduce, distribute, publicly perform, administer and/or otherwise exploit the subject Works. |
| **Effective date of termination:** | See Schedule A |
| **Names and addresses of authors terminating Grant:** | Sandra Denton<br>c/o Jacqueline C. Charlesworth, Esq.<br>Charlesworth Law<br>15671 Royal Ridge Road<br>Sherman Oaks, CA 91403<br><br>Cheryl James<br>c/o Jacqueline C. Charlesworth, Esq.<br>Charlesworth Law<br>15671 Royal Ridge Road<br>Sherman Oaks, CA 91403 |
| **Signatures:** | Jacqueline C. Charlesworth, Esq.<br>Charlesworth Law<br>15671 Royal Ridge Road<br>Sherman Oaks, CA 91403<br><br>As attorney for and duly authorized agent of Sandra Denton<br><br>Jacqueline C. Charlesworth, Esq.<br>Charlesworth Law<br>15671 Royal Ridge Road<br>Sherman Oaks, CA 91403<br><br>As attorney for and duly authorized agent of Cheryl James |

140

**Schedule A**

| **Title of Work** (Listed Works are individual sound recordings except for bolded titles, which are albums) | **Date of publication** | **Effective date of termination (based on publication date)** | **Effective date of termination (based on grant date)** | **Original copyright registration no.** |
|---|---|---|---|---|
| **Hot, Cool & Vicious** | 12/8/1986 | 5/15/2024 | | SR0000094339 |
| Beauty and the Beat | 12/8/1986 | 5/15/2024 | | SR0000094339 |
| Tramp | 12/8/1986 | 5/15/2024 | | SR0000094339 |
| I'll Take Your Man | 12/8/1986 | 5/15/2024 | | SR0000094339 |
| It's Alright | 12/8/1986 | 5/15/2024 | | SR0000094339 |
| Chick on the Side | 12/8/1986 | 5/15/2024 | | SR0000094339 |
| I Desire | 12/8/1986 | 5/15/2024 | | SR0000094339 |
| The Showstopper | 12/8/1986 | 5/15/2024 | | SR0000094339 |
| My Mic Sounds Nice | 12/8/1986 | 5/15/2024 | | SR0000094339 |
| Push It | 3/8/1987 | 5/15/2024 | | SR0000184447 |
| **A Salt With a Deadly Pepa** | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| Intro Jam | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| A Salt With a Deadly Pepa | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| I Like It Like That | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| Solo Power (Let's Get Paid) | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| Shake Your Thang | 8/1/1988 | 5/15/2024 | | SR0000094338 |
| I Gotcha | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| Let the Rhythm Run | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| Get Up Everybody (Get Up) | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| Spinderella's Not a Fella (But a Girl D.J.) | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| Solo Power (Syncopated Soul) | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| Twist and Shout | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| Hyped on the Mic | 8/2/1988 | 5/15/2024 | | SR0000094338 |
| **Blacks' Magic** | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| Expression | 11/13/1989 | 11/13/2024 | | SR0000137242 |
| Doper Than Dope | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| Negro wit' an Ego | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| You Showed Me | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| Do You Want Me | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| Swift | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| I Like to Party | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| Blacks' Magic | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| Start the Party | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| Let's Talk About Sex | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| I Don't Know | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| Live and Die | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| Independent | 3/19/1990 | 3/19/2025 | | SR0000137242 |
| **Very Necessary** | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| Groove Me | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| No One Does It Better | 10/12/1993 | | 5/15/2026 | SR0000190603 |

| | | | | |
|---|---|---|---|---|
| Somebody's Gettin' on My Nerves | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| Whatta Man | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| None of Your Business | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| Step | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| Shoop | 9/21/1993 | | 5/15/2026 | SR0000190603 |
| Heaven or Hell | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| Big Shot | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| Sexy Noises Turn Me On | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| Somma Time Man | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| Break of Dawn | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| I've Got AIDS | 10/12/1993 | | 5/15/2026 | SR0000190603 |
| Start Me Up | 8/14/1992 | | 5/15/2026 | |
| Let's Talk About AIDS | 1/1/1994 | | 5/15/2026 | SR0000149947 |
| Emphatically No | 1/1/1994 | | 5/15/2026 | |
| **Brand New** | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| RU Ready | 8/29/1997 | | 5/15/2026 | SR0000245889 |
| Good Life | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Do Me Right | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Friends | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Say Ooh | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Imagine | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Knock Knock | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Gitty Up | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Boy Toy | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Brand New | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Silly of You | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| The Clock Is Tickin | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Hold On | 10/21/1997 | | 5/15/2026 | SR0000245889 |
| Ain't Nuthin' But a She Thing | 10/3/1995 | | 5/15/2026 | |
| Champagne | 9/3/1996 | | 5/15/2026 | |
| **A Blitz of Salt-n-Pepa Hits** | 11/20/1990 | 11/20/2025 | | |
| **The Greatest Hits** | 10/7/1991 | | 5/15/2026 | |
| **The Best of Salt-N-Pepa** | 11/15/1999 | | 5/15/2026 | |
| Push It (Again) | 2/8/1999 | | 5/15/2026 | |
| The Brick Track Versus Gitty Up | 2/8/1999 | | 5/15/2026 | |
| **20th Century Masters: The Millennium Collection** | 2/5/2008 | | 5/15/2026 | SR0000613385 |
| **Icon** | 3/1/2011 | | 5/15/2026 | SR0000672288 |

**Certificate of Service**

I hereby certify that I caused a true and correct copy of the foregoing Notice of Termination Under Section 203 of U.S. Copyright Act to be served this 13th day of May, 2022, via first-class certified mail deposited with the U.S. Postal Service, postage prepaid, addressed to each of the following parties:

Universal Music Group
2200 Colorado Avenue
Santa Monica, CA 90404
Attn: Legal Department

London Records
Universal Music Group
2200 Colorado Avenue
Santa Monica, CA 90404
Attn: Legal Department

MCA Records
Universal Music Group
2200 Colorado Avenue
Santa Monica, CA 90404
Attn: Legal Department

Polygram Records
Universal Music Group
2200 Colorado Avenue
Santa Monica, CA 90404
Attn: Legal Department

Next Plateau Records
Universal Music Group
2200 Colorado Avenue
Santa Monica, CA 90404
Attn: Legal Department

Next Plateau Entertainment
35 Worth Street, 4th Floor
New York, NY 10013

Idol Makers
c/o Julia Kirkendall, Esq.
PO Box 6630
McLean, VA 22106

Noise In the Attic Productions
c/o Julia Kirkendall, Esq.
PO Box 6630
McLean, VA 22106

Herb ("Hurby Luv Bug") Azor
12901 SW 56th Street
Southwest Ranches, FL 33330

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of May, 2022

Jacqueline C. Charlesworth