```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
CHERYL JAMES AND SANDRA DENTON, p/k/a     :
SALT-N-PEPA,                              :
                                          :      25cv4182(DLC)
                              Plaintiffs, :
                    -v-                   :      ORDER
                                          :
UMG RECORDINGS, INC.,                     :
                                          :
                              Defendant.  :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

The plaintiffs filed their complaint on May 19, 2025. On May 22, Joseph A. Reyna, who is not a party to the litigation, filed a motion for leave to file a "Consolidated Amicus Curiae Brief". There is currently no pending motion filed by the parties before the Court. Accordingly, it is hereby

ORDERED that Reyna's May 22 motion is denied.

Dated:   New York, New York
         May 23, 2025.

                                        _____
                                              DENISE COTE
                                        United States District Judge