**Joseph Anthony Reyna (JoeCat®)**

Pro Se Amicus Curiae

Founder, Dreams Over Dollars™ (501(c)(3), EIN: 88-2187078)

5900 Balcones Dr. #16077

Austin, TX 78731

whitehat@joecattt.com

CC: dreamsoverdollarsfoundation@gmail.com



July 23, 2025



**Clerk of Court**

U.S. District Court for the Southern District of New York

500 Pearl Street

New York, NY 10007

**RE: Amicus Curiae Submission in Support of Plaintiffs –**

*Cheryl James and Sandra Denton v. UMG Recordings, Inc.,*

**Case No. 1:25-cv-04182**

Dear Clerk of Court,

Please find enclosed the following documents for filing in the above-referenced matter:

1. Motion for Leave to File Amicus Curiae Brief by Joseph Anthony Reyna (JoeCat®)

2. Amicus Curiae Brief in Support of Plaintiffs

3. Certificate of Service

4. Notice of Intent to Submit Exhibits Upon Request

I respectfully submit these documents **pro se**, as a federally documented whistleblower with pending federal litigation involving metadata suppression, constructive authorship, and systemic royalty misattribution—issues materially relevant to the present case.

This brief is filed in the public interest, without compensation or party affiliation, and seeks to assist the Court in recognizing the broader legal and cultural implications at stake for artists whose identities and contributions were historically separated from their contractual ownership rights.

Should the Court require courtesy copies, sealed exhibit materials, or clarification on any matter, I am available by email or mail.

**If any portion of this submission requires reformatting, amendment, or resubmission to meet the Court's preferences or procedural standards, I respectfully request the opportunity to cure such deficiencies.**

Thank you for your attention to this matter.

Respectfully submitted,

**Joseph Anthony Reyna (JoeCat®)**
Pro Se Amicus Curiae
Founder, Dreams Over Dollars™ (501(c)(3), EIN: 88-2187078)