```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
CHERYL JAMES AND SANDRA DENTON, p/k/a    :
SALT-N-PEPA,                             :
                                         :     25cv4182 (DLC)
                            Plaintiffs,  :
              -v-                        :           ORDER
                                         :
UMG RECORDINGS, INC.,                    :
                                         :
                            Defendant.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On July 17, 2025, defendant filed a motion to dismiss the plaintiffs' original complaint in this action pursuant to Rule 12(b)(6), Fed. R. Civ. P. An Order of July 18 directed the plaintiffs to file any amended complaint by August 8 and alerted the plaintiffs that they would likely not have another opportunity to amend. The plaintiffs filed an amended complaint on August 8. Accordingly, it is hereby

ORDERED that the defendant's July 17, 2025 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by August 22, 2025
- Opposition served by September 5, 2025
- Reply served by September 12, 2025

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by

mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         August 8, 2025

```
               _____
                    DENISE COTE
               United States District Judge
```