# BLANKROME

One Logan Square
130 North 18th Street |Philadelphia, PA 19103-6998
blankrome.com

| | |
|---|---|
| *Phone:* | *(215) 569-5366* |
| *Fax:* | *(215) 832-0418* |
| *Email:* | *heidi.crikelair@blankrome.com* |

September 12, 2025

**VIA ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 1007-1312

Re:     *James et al v. UMG Recordings, Inc.*, Case No. 1:25-cv-04182

Dear Judge Cote:

This firm represents Plaintiffs Cheryl James and Sandra Denton in the above-referenced action.

Pursuant to Section 4(F) of Your Honor's Individual Practices in Civil Cases, Plaintiffs respectfully request Oral Argument in connection with Defendant Universal Music Group, Inc.'s Motion to Dismiss the First Amended Complaint Pursuant to Rule 12(b)(6) and for a Stay of Discovery Pursuant to Rule 26(c) (ECF 33 (the "Motion").

Plaintiffs' brief in opposition to the Motion is being filed simultaneously with this letter.

Respectfully submitted,

Heidi G. Crikelair