

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Richard S. Mandel**
(212) 790-9291
rsm@cll.com

November 19, 2025

**VIA ECF**

Hon. Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Cheyl James and Sandra Denton, p/k/a Salt-N-Pepa v. UMG Recordings, Inc.,
            25-cv-04182(DC)

Dear Judge Cote:

    We represent Defendant UMG Recordings, Inc. ("UMG") in the above-referenced action. We write pursuant to Rule 4.G of Your Honor's Individual Practices in Civil Cases to alert the Court that UMG's motion to dismiss the First Amended Complaint (ECF No. 33) has not been decided within 60 days of the completion of full briefing on the motion.

                          Respectfully,

                          Richard S. Mandel

cc: All Counsel of Record (via ECF)

*Received.*
*[signature]*
*11/19/25*

30057/033/7051293