**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHERYL JAMES AND SANDRA DENTON,
p/k/a SALT-N-PEPA,

                                    Plaintiffs,

          -against-                                                    25 **CIVIL** 4182 (DLC)

                                                                       **JUDGMENT**

UMG RECORDINGS, INC.,

                                    Defendant.
-----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated January 8, 2026, the defendant's August 22, 2025

motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

          January 9, 2026

                                                        **TAMMI M. HELLWIG**
                                              _____
                                                        **Clerk of Court**


                                    BY:   _____
                                                        **Deputy Clerk**