

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Richard S. Mandel**
(212) 790-9291
rsm@cll.com

January 23, 2026

**VIA ECF**

Hon. Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Cheyl James and Sandra Denton, p/k/a Salt-N-Pepa v. UMG Recordings, Inc., 25-cv-04182(DC)

Dear Judge Cote:

    We represent Defendant UMG Recordings, Inc. ("UMG") in the above-referenced action. We write to request that the Court extend the deadline for UMG to file a motion for attorneys' fees in this action pursuant to Fed. R. Civ. P. 54(d)(2)(B) and 17 U.S.C. § 505 from January 23, 2026 until thirty (30) days after the issuance of a mandate by the Second Circuit in the event of a timely appeal from the final judgment entered herein (ECF No. 47), or until March 11, 2026 in the event that no such appeal is timely filed.  We have conferred with counsel for Plaintiffs Cheryl James and Sandra Denton p/k/a Salt-N-Pepa ("Plaintiffs"), and Plaintiffs have consented to such an extension.

    Plaintiffs have indicated they intend to appeal the final judgment in this case.  Judicial efficiency would best be served by extending the time for UMG to move for attorneys' fees until after resolution of such likely appeal.  *See, e.g., Ema Fin., LLC c. Vystar Corp.*, 2024 WL 4907848, at *1 (S.D.N.Y. Aug. 5, 2024) (deferring attorneys' fees motion until mandate from appellate court is issued serves judicial efficiency by "ensur[ing] that the Court only has to address the motion for attorneys' fees by the party that ultimately prevails").  If Plaintiffs do not file the anticipated appeal, UMG's time to file the motion would be extended until March 11, 2026, thirty days after the deadline to appeal will have expired.

    A stipulation and proposed order reflecting the requested extension is attached for the Court's convenience.  We thank the Court for its attention to this matter.

                        Respectfully,

                        Richard S. Mandel

cc: All Counsel of Record (via ECF)