# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

  Cheryl James and Sandra Denton p/k/a Salt-N-Pepa,
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

  UMG Recordings, Inc., a Delaware corporation

  doing business as Universal Music Group
(List the full name(s) of the defendant(s)/respondent(s).)

1:25 CV 04182   ( DLC )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: _____

  Plaintiffs, Cheryl James and Sandra Denton p/k/a Salt-N-Pepa
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the        ☒ judgment   ☒ order     entered on: Jan. 8, 2026 (Order) & Jan. 9, 2026 (Judgment)
                                                      (date that judgment or order was entered on docket)
that:
          Granted Defendant's Motion to Dismiss all Plaintiff's Claims and the Judgment in favor of

 Defendant
(If the appeal is from an order, provide a brief description above of the decision in the order.)

  February 4, 2026                         /s/ Richard S. Busch
Dated                                     Signature*

  Busch, Richard S., counsel for Plaintiffs, Cheryl James and Sandra Denton p/k/a Salt-N-Pepa
Name (Last, First, MI)

  26 Century Blvd., Suite NT 700    Nashville    Tennessee        37214
Address                            City         State            Zip Code

  (615) 259-3456                              rbusch@kingballow.com
Telephone Number                             E-mail Address (if available)

_____

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13